AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| A.M., an individual, | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:21-cv-01674-MO |
| Omegle.com LLC, | ) |
| | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Northwest Registered Agent LLC as Registered Agent for
Omegle.com LLC
5305 River Rd N, Suite B
Keizer, OR 97303

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Barbara C. Long                     Carrie Goldberg
Vogt & Long PC                      C.A. Goldberg PLLC
1314 NW Irving St, Suite 207        16 Court Street
Portland, OR 97209                  Brooklyn, NY 11241
T: 503-228-9858                     T: 646-666-8908
barb@vogtlong.com                   carrie@cagoldberglaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN**, Clerk of Court

Date: **11/19/2021**                                         By: s/S. Behrends, Deputy Clerk