Venkat Balasubramani, OSB #180446
venkat@focallaw.com
FOCAL PLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Telephone: (206) 529-4827

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| A.M., an individual,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>OMEGLE.COM LLC,<br><br>　　　　　　　Defendant. | Case No. 3:21-cv-01674-MO<br><br>**NOTICE OF APPEARANCE OF DEFENDANT OMEGLE.COM LLC** |

TO:        ALL PARTIES AND COUNSEL OF RECORD

AND TO:    THE CLERK OF THE ABOVE-ENTITLED COURT

　　　　PLEASE TAKE NOTICE that Defendant Omegle.com LLC, without waiving objections as to improper service, venue, or jurisdiction, or any claims or defenses, hereby appears in the above-entitled action and requests that all further papers and pleadings herein, except original service, be served upon the undersigned attorneys at the address set forth below.

Dated this 10th day of December, 2021.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　FOCAL PLLC

　　　　　　　　　　　　　　　　　　　By:　s/ *Venkat Balasubramani*
　　　　　　　　　　　　　　　　　　　　　Venkat Balasubramani, OSB #180446
　　　　　　　　　　　　　　　　　　　　　venkat@focallaw.com

NOTICE OF APPEARANCE　　　　　　　　　1

900 1st Avenue S., Suite 201
Seattle, Washington 98134
Telephone: (206) 529-4827

Attorneys for Defendant Omegle.com LLC

NOTICE OF APPEARANCE         2