Venkat Balasubramani, OSB #180446
venkat@focallaw.com
FOCAL PLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Telephone: (206) 529-4827

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| A.M., an individual,<br><br>            Plaintiff,<br>v.<br><br>OMEGLE.COM LLC,<br><br>            Defendant. | Case No. 3:21-cv-01674-MO<br><br>**FED. R. CIV. P. 7.1 AND L.R. 7.1-1 DISCLOSURE STATEMENT OF DEFENDANT OMEGLE.COM LLC** |

Pursuant to FED. R. CIV. P. 7.1 and L.R. 7.1-1, Defendant Omegle.com LLC ("Omegle") hereby submits its disclosure statement and discloses as follows:

    1.    Omegle has no parent corporation and no publicly-held corporation owns 10% or more of Omegle's stock; and

    2.    The sole member of Omegle is a citizen of Florida.

Dated this 10th day of December, 2021.    Respectfully submitted,

                                              FOCAL PLLC

                                By:  s/ *Venkat Balasubramani*
                                             Venkat Balasubramani, OSB #180446
                                             venkat@focallaw.com
                                             900 1st Avenue S., Suite 201

DISCLOSURE STATEMENT                      1

Seattle, Washington 98134
Telephone: (206) 529-4827

Attorneys for Defendant Omegle.com LLC

DISCLOSURE STATEMENT    2