Barbara C. Long, OSB No. 122428
barb@vogtlong.com
VOGT & LONG PC
1314 NW Irving St, Suite 207
Portland, OR 97209
Telephone: (503) 228-9858

Carrie Goldberg  (*pro hac vice* admission forthcoming)
carrie@cagoldberglaw.com
Naomi Leeds (*pro hac vice* admission forthcoming)
naomi@cagoldberglaw.com
C.A. GOLDBERG PLLC
16 Court Street
Brooklyn, NY 11241
Telephone: (646) 666-8908

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| A.M., an individual, | ) | Case No. 3:21-cv-01674 |
| | ) | |
| Plaintiff, | ) | **NOTICE OF CHANGE OF ADDRESS** |
| | ) | |
| v. | ) | |
| | ) | |
| OMEGLE.COM LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Barbara C. Long, of attorneys for Plaintiff, hereby gives notice of the following new mailing address:

        Barbara C. Long
        Vogt & Long PC

Page 1 – NOTICE OF CHANGE OF ADDRESS

**C.A. GOLDBERG, PLLC**
16 Court Street
Brooklyn, NY 11241
(646) 666-8908

**VOGT & LONG PC**
101 SW Main Street, Suite 1900
Portland, OR 97204
(503) 228-9858

                    101 SW Main Street, Suite 1900
                    Portland, OR 97204
                    Telephone: (503) 228-9858
                    Facsimile: (503) 228-9860
                    Email: barb@vogtlong.com

Dated: January 10, 2022

                    Respectfully submitted,

                    */s/ Barbara Long*
                    Barbara Long, OSB #122428
                    Vogt & Long PC
                    1314 NW Irving St, Suite 207
                    Portland, Oregon 97209
                    Tel: (503) 228-9858
                    Fax: (503) 228-9860
                    Barb@vogtlong.com

                    */s/Carrie Goldberg*
                    Carrie Goldberg

                    Naomi Leeds
                    */s/Naomi Leeds*
                    C.A. Goldberg, PLLC
                    16 Court Street, 33rd Fl.
                    Brooklyn, NY 11241
                    Tel: (646) 666-8908
                    Fax: (718) 514-7436
                    carrie@cagoldberglaw.com

                    *Attorneys for Plaintiff A. M.*

Page 2 – NOTICE OF CHANGE OF ADDRESS

**C.A. GOLDBERG, PLLC**
16 Court Street
Brooklyn, NY 11241
(646) 666-8908

**VOGT & LONG PC**
101 SW Main Street, Suite 1900
Portland, OR 97204
(503) 228-9858