# EXHIBIT C

# Omegle Privacy Notice

**Last Updated:** 2021-06-01

This Privacy Notice describes the privacy practices of Omegle.com LLC ("**Omegle**") and applies to all visitors of the Omegle website and users of the Omegle chat service ("you").

## Information Omegle Collects

At the end of an Omegle chat, you or the other user may choose to save the text contents of the chat to Omegle's servers (a "**Saved Chatlog**"). A URL is generated for each Saved Chatlog. **A Saved Chatlog may contain any category of personal information you chose to share during the chat. You and the other user may disclose a Saved Chatlog or any information shared during the chat. In addition to the Saved Chatlog, it is possible for the other user to take screenshots or use third party software to broadcast or record chats. Be careful with the information you share with a stranger during a chat.**

In addition to any information contained in a Saved Chatlog, within the last twelve (12) months, Omegle has collected the following categories of personal information from the following sources and disclosed for a business purpose to the following third parties:

| Category | Examples | Source | Disclosed With |
|---|---|---|---|
| A. Identifiers. | Online identifier (an ID cookie assigned when you first log into Omegle); and Internet Protocol address. | You | Service Providers, other users if you use video chat services, and may be disclosed to law enforcement. |
| B. Personal information categories listed in the California Customer Records statute (Cal. Civ. Code § 1798.80(e)). | College domain name only if you use college mode. | You | Service Providers and other users if you both are using college mode. |
| C. Protected classification characteristics under California or federal law. | NONE | | |

**EXHIBIT C p. 1**

| Category | Examples | Source | Disclosed With |
|---|---|---|---|
| D. Commercial information. | NONE | | |
| E. Biometric information. | NONE | | |
| F. Internet or other similar network activity. | Browsing history, search history, information on a consumer's interaction with a website, application, or advertisement. | You | Service Providers and Advertising vendors; and may be disclosed to law enforcement. |
| G. Geolocation data. | Country-level geolocation, based on IP address, is used for safety and security purposes. | You | Service Providers. |
| H. Sensory data. | Visual snapshots of video stream chats are taken for moderation. | You | Service Providers, including moderation service providers; and may be disclosed to law enforcement. |
| I. Professional or employment-related information. | NONE | | |
| J. Non-public education information (per the Family Educational Rights and Privacy Act (20 U.S.C. Section 1232g, 34 C.F.R. Part 99)). | NONE | | |
| K. Inferences drawn from other personal information. | NONE | | |

## **Video Chat**

Omegle video chat service requires a direct connection to be made between your computer and the other user's computer. To do this, it is necessary to make your IP address available to the other user's computer, although it is not shown to the other user by Omegle's

EXHIBIT C p. 2

interface. This is a necessary part of how any P2P video chat system functions. If you are not comfortable with this, use text mode (or spy mode) instead.

## Cookies

Omegle and its third-party service providers use cookies, tokens, widgets or other similar technologies (collectively "Cookies") for certain features of the chat services to function. The Cookies collect personal information as follows.

Omegle uses an ID Cookie to randomly assign your device browser an online identifier. Omegle uses the online identifier for website and chat services safety and security purposes.

Omegle uses Interest Cookies which allow you to save your interests and preferences while using the chat services. When you request to start a chat using the common interest feature, information from an Interest cookie is sent to Omegle and used to locate another user with overlapping interests. The set of matching interests between you and the other user will be disclosed to both users at the beginning of your chat. Except for the set of overlapping interests captured in a Saved Chatlog, Omegle does not save information from Interest cookies and only accesses the information for the purpose of fulfilling requests to chat using the common interest feature.

Omegle uses College Cookies which allow you to save your preferences when using college mode and identifies your college's domain name if you choose to use college mode. Your college domain name will be disclosed to the other user in your chat. Except for disclosure of your college domain name captured in a Saved Chatlog, Omegle does not save information from College Cookies and only accesses the information for the purpose of fulfilling request to chat using the college mode feature.

Omegle uses Language Cookies which allow you to be matched with users with the same language preference. Omegle does not save the information from Language Cookies and only accesses the information for the purpose of matching you with users with the same language preference.

Omegle uses an Auto-reroll Cookie which allows you to save your preference enabling or disabling the auto-rerolling function while using video chat services. Omegle does not save the information from the Auto-reroll Cookie and only accesses the information for the purpose of fulfilling your request to enable or disable the auto-rerolling function while using video chat services.

Omegle uses CAPTCHA technology to prevent spam and block bots to protect the security and safety of the site and chat services. For more information about how the CAPTCHA technology collects and processes information, please click here.

**EXHIBIT C p. 3**

Omegle uses Google Translate to allow you to translate the site content into different languages. For more information about how Google Translate collects and processes information, please click here.

Omegle uses Google Analytics to track anonymous statistical information about site and chat services usage. Omegle uses the statistical usage information to maintain and enhance the safety, security, and functionality of the site and services. For more information on how Google Analytics collects and processes information, please click here.

You can use your browser settings to maintain control over information collected through cookies. If you choose not to accept cookies, you may not be able to access all functionality available through the site and chat services and certain features will not work properly.

## Use of Personal Information

Omegle may use, or disclose the personal information Omegle collects for one or more of the following business purposes:

- To fulfill or meet the reason you provided the information. For example, to provide the chat service.
- To help maintain the safety, security, and integrity of Omegle's site and chat services. For example, Omegle may screen and use the information to protect against spammers, hackers, and others who pose harm to the site and services; Omegle may share information with moderation service providers; and Omegle may share the information with law enforcement.
- To evaluate and improve the site and services. For example, Omegle may aggregate and/or de-identify information to produce statistical data such as the average number of chats started at different times of day.
- To monitor and enforce user compliance with Omegle's guidelines and policies. For example, Omegle may share information with its moderation service providers; use automated systems to screen information for suspicious activity; and share the information with law enforcement.
- To respond to law enforcement requests and as required by applicable law, court order, or governmental regulations.
- To evaluate or conduct a merger, divestiture, restructuring, reorganization, dissolution, or other sale or transfer of some or all of Omegle's assets, whether as a going concern or as part of bankruptcy, liquidation, or similar proceeding, in which personal information held by Omegle about our site and services users is among the assets transferred.

Omegle will not collect additional categories of personal information or use the personal information we collected for materially different, unrelated, or incompatible purposes

EXHIBIT C p. 4

without providing you notice.

## Sharing Personal Information

Omegle may disclose your personal information to a third party for a business purpose. When Omegle discloses personal information for a business purpose, Omegle enters a contract that describes the purpose and requires the recipient to both keep that personal information confidential and not use it for any purpose except performing the contract.

In addition to the service providers identified in the Cookie Section above, Omegle uses Linode for hosting services, AWS for Saved Chatlog storage services, and Cloudflare for content delivery network services. Please click on the service provider link to find information about their respective services and privacy practices.

## Sales of Personal Information

Omegle does not exchange your personal information for money. Like many other sites, Omegle had a Facebook "like" button, Facebook "comments" plugin, Pinterest "pin" button, reddit "share" button, VK "share" button, and a Twitter "tweet" button embedded on the site. The use of these buttons and plugins may have constituted a "sale" of personal information under the CCPA. The buttons and plugins are no longer used. To the extent that the use of these buttons and plugins constituted a sale of personal information, in the preceding twelve (12) months, Omegle used the buttons and plugins which allowed the internet or other similar network activity category of personal information to be shared with Facebook, Pinterest, reddit, VK, and Twitter.

## Your Rights and Choices

This section describes your rights and explains how to exercise those rights

### *Access to Specific Information and Data Portability Rights*

You have the right to request that Omegle disclose certain information to you about Omegle's collection and use of your personal information over the past 12 months. After Omegle receives and confirms your verifiable request (see Exercising Rights below), Omegle will disclose to you:

- The categories of personal information we collected about you.
- The categories of sources for the personal information we collected about you.
- Our business or commercial purpose for collecting that personal information.
- The categories of third parties with whom we share that personal information.
- The specific pieces of personal information we collected about you (also called a data portability request).

**EXHIBIT C p. 5**

### *Deletion Request Rights*

You have the right to request that Omegle delete any of your personal information that Omegle collected from you and retained, subject to certain exceptions. Once Omegle receives and confirms your verifiable request (see Exercising Rights below), Omegle will delete (and direct our service providers to delete) your personal information from our records, unless an exception applies. Omegle does not delete personal information in response to a request that has been or may be provided to law enforcement or that is or may be used to protect the safety and security of users.

### *Exercising Rights*

To exercise the access, data portability, and deletion rights described above, please submit a verifiable request to us by either:

- Emailing us at [privacy@omegle.com](mailto:privacy@omegle.com) and please include "Omegle-Privacy" in the subject line; or
- Writing to us c/o Northwest Registered Agent LLC, 7901 4th St. N Ste 300, St. Petersburg, FL 33702 USA.

Omegle cannot respond or provide you with personal information if Omegle cannot verify your identity and authority to make the request and confirm that the personal information relates to you. The verifiable request must:

- Provide sufficient information that allows Omegle to reasonably verify you are the person about whom Omegle collected personal information or an authorized representative.
- Describe your request with sufficient detail that allows Omegle to properly understand, evaluate, and respond to it.

Omegle will only use personal information provided in a verifiable request to verify the requestor's identity or authority to make the request.

Non-Discrimination

We will not discriminate against you for exercising any of your rights.

## **California Privacy Rights**

California's "Shine the Light" law (Civil Code Section § 1798.83) permits users of our site that are California residents to request certain information regarding our disclosure of personal information to third parties for their direct marketing purposes. To make such a request, please send an email to [privacy@omegle.com](mailto:privacy@omegle.com) with "Omegle-Privacy" in the

**EXHIBIT C p. 6**

subject line or write us at: c/o Northwest Registered Agent LLC, 7901 4th St. N Ste 300, St. Petersburg, FL 33702 USA.

## Notice Regarding Children

Omegle does not knowingly collect personal information from children under the age of 13 on the site or through the chat services. If you are under the age of 13, do not give Omegle any personal information. We encourage parents and/or legal guardians to monitor their children's internet usage and help protect their privacy by instructing them never to provide personal information via the internet without parental or legal guardian permission. If you have reason to believe that a child under 13 has provided personal information to Omegle, please contact us at privacy@omegle.com with "Omegle-Privacy" in the subject line or c/o Northwest Registered Agent LLC, 7901 4th St. N Ste 300, St. Petersburg, FL 33702 USA and Omegle will endeavor to delete or remove such information.

## Security

Omegle takes reasonable measures to protect the limited personal information you submit to Omegle via the site and chat services against loss, theft, and unauthorized use, disclosure or modification. However, Omegle cannot guarantee absolute security. No internet transmission of information is ever fully secure or error free. You should use caution whenever submitting information online and take special care in deciding the information you share with Omegle or another user.

## Links to Other Sites

This Privacy Notice applies only to Omegle's site and chat services. The site or chat services may contain links or buttons to third-party websites or services not owned or operated by Omegle. This Privacy Notice does not apply to privacy practices of those third-party links or buttons and Omegle does not endorse or review such. If you click on a link to another site, you should contact the third-party directly for information about its privacy practices.

## Data Retention

Omegle generally retains personal information for 120 days. However, personal information may be retained for a longer period as necessary to fulfill the purposes outlined in this Privacy Notice or as required or permitted by law. A Saved Chatlog and the online identifiers and IP addresses for the users involved in the Saved Chatlog are retained indefinitely.

## International Data Transfer Notice

EXHIBIT C p. 7

Omegle is located in the United States and processes all information in the United States. If you are located outside of the United States and use Omegle's site or chat services, you are transferring your information to Omegle in the United States.

## Changes to Our Privacy Notice

Omegle reserves the right to amend this Privacy Notice at Omegle's discretion and at any time. When Omegle makes changes to this Privacy Notice, Omegle will post the updated notice on the site including the date it is updated. **Your continued use of Omegle's site and chat services following the posting of changes constitutes your acceptance of such changes.**

**EXHIBIT C p. 8**