# EXHIBIT D

http://www.omegle.com/   Go

NOV | **JAN 01 2014** | FEB
2013 | | 2015

6,366 captures
28 Mar 2009 – 11 Jan 2022

About this capture



Talk to strangers!

36K Like   Tweet   Select Language ▼

Try our mobile site or... 

The Internet is full of people; Omegle lets you meet them. When you use Omegle, we pick someone else at random and let you have a one-on-one chat. You're kept anonymous unless you tell someone personal info (not suggested—safety is important), and you can stop a chat at any time.

If you prefer, you can add your interests, and Omegle will look for someone who's into some of the same things as you, instead of someone completely random.

By using Omegle, you accept the terms at the bottom.

**Don't get pervy** ❗        *

18+:   ( Adult Option )    ( Unmoderated Section )

What do you wanna talk about?                     Start a chat:

[ Add interests (optional) ]                      [ Text ]  or  [ Video ]

☐ Add my Facebook likes as interests              Spy (question) mode    Requires Flash 10.

By using the Omegle Web site, and/or related products and/or services ("**Omegle**", provided by Omegle.com LLC), **you agree to the following terms**: Do not use Omegle if you are under 13. If you are under 18, use it only with a parent/guardian's permission. Do not transmit nudity, sexually harass anyone, publicize other peoples' private information, make statements that defame or libel anyone, violate intellectual property rights, or behave in any other inappropriate or illegal way on Omegle. Understand that human behavior is fundamentally uncontrollable, that the people you encounter on Omegle may not behave appropriately, and that they are solely responsible for their own behavior. Use Omegle at your own peril. Disconnect if anyone makes you feel uncomfortable. You may be denied access to Omegle for inappropriate behavior, or for any other reason. OMEGLE IS PROVIDED AS IS, AND TO THE MAXIMUM EXTENT ALLOWED BY APPLICABLE LAW, IT IS PROVIDED WITHOUT ANY WARRANTY, EXPRESS OR IMPLIED, NOT EVEN A WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. TO THE MAXIMUM EXTENT ALLOWED BY APPLICABLE LAW, THE PROVIDER OF OMEGLE, AND ANY OTHER PERSON OR ENTITY ASSOCIATED WITH OMEGLE'S OPERATION, SHALL NOT BE HELD LIABLE FOR ANY DIRECT OR INDIRECT DAMAGES ARISING FROM THE USE OF OMEGLE, OR ANY OTHER DAMAGES RELATED TO OMEGLE OF ANY KIND WHATSOEVER. By using Omegle, you accept the practices outlined in Omegle's **PRIVACY POLICY and INFORMATION ABOUT THE USE OF COOKIES** (updated 2013-04-01 – contains important information about video chat monitoring).
* Moderation is not perfect. You may encounter misbehaving users who are not presently banned. They are solely responsible for their own behavior.

▸ Send feedback to Omegle's staff



http://omegle.com/    Go    NOV **DEC 30 2014** JAN    2013 2015
INTERNET ARCHIVE WayBackMachine
6,366 captures
28 Mar 2009 – 11 Jan 2022
About this capture



Talk to strangers!

Tweet   Select Language ▼

Try our mobile site or... 

Omegle is a great way to meet new friends. When you use Omegle, we pick someone else at random and let you talk one-on-one. To help you stay safe, Omegle keeps you anonymous unless you tell someone who you are (not suggested!), and you can stop a chat at any time.

If you prefer, you can add your interests, and Omegle will look for someone who's into some of the same things as you instead of someone completely random.

By using Omegle, you accept the terms at the bottom. You must be 18+ or 13+ with parental permission.

**Keep it clean and friendly** ❗ *

18+:   ( Adult )   ( Unmoderated Section )

What do you wanna talk about?

Add your interests (optional)

☐ Add my Facebook likes as topics

▶ **College student** chat

Start chatting:

Text   or   Video

Spy (question) mode     Requires Flash 10.

By using the Omegle Web site, and/or related products and/or services ("**Omegle**", provided by Omegle.com LLC), **you agree to the following terms**: Do not use Omegle if you are under 13. If you are under 18, use it only with a parent/guardian's permission. Do not transmit nudity, sexually harass anyone, publicize other peoples' private information, make statements that defame or libel anyone, violate intellectual property rights, use automated programs to start chats, or behave in any other inappropriate or illegal way on Omegle. Understand that human behavior is fundamentally uncontrollable, that the people you encounter on Omegle may not behave appropriately, and that they are solely responsible for their own behavior. Use Omegle at your own peril. Disconnect if anyone makes you feel uncomfortable. You may be denied access to Omegle for inappropriate behavior, or for any other reason. OMEGLE IS PROVIDED AS IS, AND TO THE MAXIMUM EXTENT ALLOWED BY APPLICABLE LAW, IT IS PROVIDED WITHOUT ANY WARRANTY, EXPRESS OR IMPLIED, NOT EVEN A WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. TO THE MAXIMUM EXTENT ALLOWED BY APPLICABLE LAW, THE PROVIDER OF OMEGLE, AND ANY OTHER PERSON OR ENTITY ASSOCIATED WITH OMEGLE'S OPERATION, SHALL NOT BE HELD LIABLE FOR ANY DIRECT OR INDIRECT DAMAGES ARISING FROM THE USE OF OMEGLE, OR ANY OTHER DAMAGES RELATED TO OMEGLE OF ANY KIND WHATSOEVER. By using Omegle, you accept the practices outlined in Omegle's PRIVACY POLICY and INFORMATION ABOUT THE USE OF COOKIES (updated 2014-06-03 – contains important information about video chat monitoring).

Parental control protections (such as computer hardware, software, or filtering services) are commercially available that may assist you in limiting access to material that is harmful to minors. If you are interested in learning more about these protections, information is available at http://kids.getnetwise.org/tools/ as well as a number of other Internet sites that provide information on this form of protection.

* Omegle video chat is moderated. However, moderation is not perfect. You may still encounter people who misbehave. They are solely responsible for their own behavior.

▶ Send feedback to Omegle's staff