# EXHIBIT N

**EXHIBIT D – 2014 Wayback Machine:**

| Description | Wayback link | Date captured |
|---|---|---|
| Omegle homepage, Wayback 1-1-2014 | https://web.archive.org/web/20140101081012/http://www.omegle.com/ | 1/11/2022 |
| Omegle homepage, Wayback 12-30-2014 | https://web.archive.org/web/20141230015618/http://omegle.com/ | 1/11/2022 |

**EXHIBIT E – 2015 Wayback Machine:**

| Description | Wayback link | Date captured |
|---|---|---|
| Omegle homepage, Wayback 1-1-2015 | https://web.archive.org/web/20150101171733/http://www.omegle.com/ | 1/11/2022 |
| Omegle homepage, Wayback 12-31-2015 | https://web.archive.org/web/20151231010759/http://www.omegle.com/ | 1/11/2022 |

**EXHIBIT F – 2016 Wayback Machine:**

| Description | Wayback link | Date captured |
|---|---|---|
| Omegle homepage, Wayback 1-1-2016 | https://web.archive.org/web/20160101072241/http://www.omegle.com/ | 1/11/2022 |
| Omegle homepage, Wayback 12-30-2016 | https://web.archive.org/web/20161230082044/http://www.omegle.com/ | 1/11/2022 |

**EXHIBIT G – 2017 Wayback Machine:**

| Description | Wayback link | Date captured |
|---|---|---|
| Omegle homepage, Wayback 1-3-2017 | https://web.archive.org/web/20170103014144/http://www.omegle.com/ | 1/11/2022 |
| Omegle homepage, Wayback 12-31-2017 | https://web.archive.org/web/20171231140337/https://www.omegle.com/ | 1/11/2022 |

**EXHIBIT H – 2018 Wayback Machine:**

| Description | Wayback link | Date captured |
|---|---|---|
| Omegle homepage, Wayback 1-2-2018 | https://web.archive.org/web/20180102215027/https://www.omegle.com/ | 1/11/2022 |
| Omegle homepage, Wayback 12-25-2018 | https://web.archive.org/web/20181225182804/https://www.omegle.com/ | 1/11/2022 |

**EXHIBIT I – 2019 Wayback Machine:**

| Description | Wayback link | Date captured |
|---|---|---|
| Omegle homepage, Wayback 1-2-2019 | https://web.archive.org/web/20190102071422/https://www.omegle.com/ | 1/11/2022 |
| Omegle homepage, Wayback 12-30-2019 | https://web.archive.org/web/20191230235510/https://www.omegle.com/ | 1/14/2022 |

**EXHIBIT J – 2020 Wayback Machine:**

| Description | Wayback link | Date captured |
|---|---|---|
| Omegle homepage, Wayback 1-1-2020 | https://web.archive.org/web/20200101210406/https://www.omegle.com/ | 1/11/2022 |
| Omegle homepage, Wayback 12-31-2020 | https://web.archive.org/web/20201231011111/https://www.omegle.com/ | 1/11/2022 |

**EXHIBIT K – January and May 2021 Wayback Machine:**

| Description | Wayback link | Date captured |
|---|---|---|
| Omegle homepage, Wayback 1-1-2021 | https://web.archive.org/web/20210101011858/https://www.omegle.com/ | 1/11/2022 |
| Omegle homepage, Wayback 5-31-2021 | https://web.archive.org/web/20210531025542/https://www.omegle.com/ | 1/16/2022 |

**EXHIBIT L – June 2021 Wayback Machine:**

| Description | Wayback link | Date captured |
|---|---|---|
| Omegle homepage, Wayback 6-6-2021 | https://web.archive.org/web/20210606002735/https://www.omegle.com/ | 1/14/2022 |
| Omegle Terms of Service Agreement, Wayback 6-6-2021 | https://web.archive.org/web/20210606215821/https://www.omegle.com/static/terms.html | 1/11/2022 |
| Omegle Community Guidelines, Wayback 6-6-2021 | https://web.archive.org/web/20210606215825/https://www.omegle.com/static/guidelines.html | 1/11/2022 |
| Omegle Privacy Notice, Wayback 6-6-2021 | https://web.archive.org/web/20210606215830/https://www.omegle.com/static/privacy.html | 1/11/2022 |

**EXHIBIT M – December 2021 Wayback Machine:**

| Description | Wayback link | Date captured |
|---|---|---|
| Omegle homepage, Wayback 12-29-2021 | https://web.archive.org/web/20211229083538/https://www.omegle.com/ | 1/11/2022 |
| Omegle Terms of Service Agreement, Wayback 12-28-2021 | https://web.archive.org/web/20211228000554/https://www.omegle.com/static/terms.html | 1/11/2022 |
| Omegle Community Guidelines, Wayback 12-28-2021 | https://web.archive.org/web/20211228000556/https://www.omegle.com/static/guidelines.html | 1/11/2022 |
| Omegle Privacy Notice, Wayback 12-28-2021 | https://web.archive.org/web/20211228000601/https://www.omegle.com/static/privacy.html | 1/11/2022 |