Barbara C. Long, OSB No. 122428
barb@vogtlong.com
VOGT & LONG PC
101 SW Main St, Suite 1900
Portland, OR 97204
Telephone: (503) 228-9858

Carrie Goldberg  (*pro hac vice*)
carrie@cagoldberglaw.com
Naomi Leeds (*pro hac vice*)
naomi@cagoldberglaw.com
C.A. GOLDBERG PLLC
16 Court Street
Brooklyn, NY 11241
Telephone: (646) 666-8908

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| A.M., an individual, | Case No. 3:21-cv-01674-MO |
| Plaintiff, | **STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND AND REPLY TO DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| OMEGLE.COM LLC, | |
| Defendant. | |

**STIPULATION**

Plaintiff A.M. and Defendant Omegle.com LLC agree that Plaintiff A.M. shall have

a two-week extension up to and including February 15, 2022, to file a Response to

Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6),

Page 1 – STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND AND REPLY TO DEFENDANT'S MOTION TO DISMISS

**C.A. GOLDBERG, PLLC**
16 Court Street
Brooklyn, NY 11241
(646) 666-8908

**VOGT & LONG PC**
101 SW Main Street, Suite 1900
Portland, OR 97204
(503) 228-9858

and that Defendant Omegle shall have a one-week extension to file its Reply in support of that Motion, up to and including March 8, 2022.

IT IS SO STIPULATED this 25th day of January, 2022.

| | |
|---|---|
| /s/ Barbara C. Long | /s/ Stacia N. Lay |
| Barbara C. Long, OSB #122428 | Stacia N. Lay, WSBA #30594 (*Pro Hac Vice*) |
| Vogt & Long PC | Focal PLLC |
| 101 SW Main St, Suite 1900 | 900 1st Avenue S., Suite 201 |
| Portland, OR 97204 | Seattle, WA 98134 |
| Tel: 503-228-9858 | Tel: 206-529-4827 |
| Email: barb@vogtlong.com | Email: stacia@focallaw.com |
| | |
| Of Attorneys for Plaintiff A.M. | Of Attorneys for Defendant Omegle |

Page 2 – STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND AND REPLY TO DEFENDANT'S MOTION TO DISMISS

**C.A. GOLDBERG, PLLC**
16 Court Street
Brooklyn, NY 11241
(646) 666-8908

**VOGT & LONG PC**
101 SW Main Street, Suite 1900
Portland, OR 97204
(503) 228-9858