Barbara C. Long, OSB No. 122428
barb@vogtlong.com
VOGT & LONG PC
101 SW Main Street, Suite 1900
Portland, OR 97204
Telephone: (503) 228-9858

Carrie Goldberg  (*pro hac vice* admission forthcoming)
carrie@cagoldberglaw.com
Naomi Leeds (*pro hac vice* admission forthcoming)
naomi@cagoldberglaw.com
C.A. GOLDBERG PLLC
16 Court Street
Brooklyn, NY 11241
Telephone: (646) 666-8908

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| A.M., an individual, | ) Case No. 3:21-cv-01674 |
| Plaintiff, | ) **PLAINTIFF'S RESPONSE TO** |
| v. | ) **DEFENDANT'S REQUEST FOR** |
| | ) **JUDICIAL NOTICE** |
| OMEGLE.COM LLC, | ) |
| Defendant. | ) |

Plaintiff A.M., by and through her attorneys, does not object to the Court taking judicial notice of the existence of the policies described in Defendant Omegle's Motion, but reserve all other objections, including but not limited to any objections regarding authenticity.

Page 1 – PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE

**C.A. GOLDBERG, PLLC**
16 Court Street
Brooklyn, NY 11241
(646) 666-8908

**VOGT & LONG PC**
101 SW Main Street, Suite 1900
Portland, OR 97204
(503) 228-9858

Dated: February 1, 2022

                                                Respectfully submitted,

                                                */s/ Barbara Long*
                                                Barbara Long, OSB #122428
                                                Vogt & Long PC
                                                1314 NW Irving St, Suite 207
                                                Portland, Oregon 97209
                                                Tel: (503) 228-9858
                                                Fax: (503) 228-9860
                                                Barb@vogtlong.com

                                                */s/Carrie Goldberg*
                                                Carrie Goldberg
                                                C.A. Goldberg, PLLC
                                                16 Court Street, 33rd Fl.
                                                Brooklyn, NY 11241
                                                Tel:  (646) 666-8908
                                                Fax: (718) 514-7436
                                                carrie@cagoldberglaw.com
                                                naomi@cagoldberglaw.com

                                                *Attorneys for Plaintiff A. M.*

Page 2 – PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE

**C.A. GOLDBERG, PLLC**
16 Court Street
Brooklyn, NY 11241
(646) 666-8908

**VOGT & LONG PC**
101 SW Main Street, Suite 1900
Portland, OR 97204
(503) 228-9858