UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

|  |  |
|---|---|
| Plaintiff(s), | Case No.: |
| v. |  |
| Defendant(s). |  |

_____

**<u>Fed. R. Civ. P. 26(a) Discovery Agreement</u>**

     Pursuant to LR 26-2, I declare that the parties who have been served and who are not in default have agreed to forgo the disclosures required by Fed. R. Civ. P. 26(a)(1).

Dated: _____.

|  |  |
|---:|---|
| Signature: | _____ |
| Name and Bar Number: | _____ |
| E-mail Address: | _____ |
| Firm Name: | _____ |
| Mailing Address: | _____ |
| City, State, Zip: | _____ |
| Attorney for: | _____ |

cc: Counsel of Record

[Rev. 01/2018]