# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| A.M. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-CV-1674-MO |
| OEMGLE.COM LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Omegle.com LLC                               .

Date:  03/04/2022

s/ Clifford S. Davidson
*Attorney's signature*

Clifford S. Davidson, OSB No. 125378
*Printed name and bar number*

Snell &Wilmer, LLP
1455 SW Broadway
Suite 1750
Portland, Oregon 97201
*Address*

csdavidson@swlaw.com
*E-mail address*

(503) 443-6099
*Telephone number*

(503) 624-6888
*FAX number*