Venkat Balasubramani, OSB No. 180446
venkat@focallaw.com
Stacia N. Lay, WSBA #30594 *(Pro Hac Vice)*
stacia@focallaw.com
Kimberlee Gunning, WSBA #35366 *(Pro Hac Vice)*
kim@focallaw.com
FOCAL PLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Telephone: (206) 529-4827

Clifford S Davidson, OSB No. 125378
csdavidson@swlaw.com
SNELL & WILMER L.L.P.
1455 SW Broadway, Suite 1750
Portland, Oregon 97201
Telephone:  503.624.6800
Facsimile:  503.624.6888
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| A.M., an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OMEGLE.COM LLC,<br><br>　　　　Defendant. | Case No. 3:21-cv-01674-MO<br><br>**JOINT MOTION FOR EXTENSION OF DISCOVERY & PTO DEADLINES** |

JOINT MOET
4888-1936-8734.1

Snell & Wilmer
1455 SW Broadway, Suite 1750
Portland, Oregon  97201
503.624.6800

## JOINT MOTION

Pursuant to Fed. R. Civ. P. 16, LR 16-3 and the Court's order of May 3, 2022 (ECF No. 28), the parties jointly move to extend discovery and pretrial order deadlines (*see* ECF No. 4) as follows:

| | |
|---|---|
| First Amended Complaint filed | May 5, 2022 |
| Response to First Amended Complaint | May 26, 2022 |
| Rule 26(f) conference of counsel | July 5, 2022 |
| Amendment of pleadings and joining of all parties | September 30, 2022 |
| Completion of discovery | January 3, 2023 |
| Filing dispositive motions | February 2, 2023 |
| Joint ADR report | March 6, 2023 |
| Expert disclosures/discovery | Per Rule 26 |
| Proposed pretrial order | To be set when trial date is set |

Good cause supports modification of pretrial deadlines as this litigation has only just begun and the pleadings are not yet settled. The parties have used prior time effectively; they were engaged in dispositive motions practice. LR 16-3(a)(1)-(2). There are no imminent current deadlines, and neither party would suffer prejudice by establishing the agreed-upon schedule. LR 16-3(a)(4).

## CONCLUSION

For the foregoing reasons, the Court should modify the Pretrial Order (ECF No. 4) as set forth above.

JOINT MOET - 1

4888-1936-8734.1

Snell & Wilmer
1455 SW Broadway, Suite 1750
Portland, Oregon  97201
503.624.6800

Dated this 5th day of May, 2022.      SNELL & WILMER L.L.P.

s/ Clifford S. Davidson
Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com

and

Venkat Balasubramani, OSB No. 180446
venkat@focallaw.com
Stacia N. Lay, WSBA #30594 (*Pro Hac Vice*)
stacia@focallaw.com
Kimberlee Gunning, WSBA #35366 (*Pro Hac Vice*)
kim@focallaw.com
FOCAL PLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
T: (206) 529-4827

Attorneys for Defendant

Dated this 5th day of May, 2022.      VOGT & LONG PC

s/ Barbara C. Long
Barbara C. Long, OSB No. 122428
barb@vogtlong.com

and

Carrie Goldberg (*pro hac vice*)
carrie@cagoldberglaw.com
Naomi Leeds (*pro hac vice*)
naomi@cagoldberglaw.com
C.A. GOLDBERG PLLC
16 Court Street 33rd Floor
Brooklyn, NY 11241
T: (646) 666-8908

Attorneys for Plaintiff

JOINT MOET - 2

4888-1936-8734.1

Snell & Wilmer
1455 SW Broadway, Suite 1750
Portland, Oregon  97201
503.624.6800