Venkat Balasubramani, OSB #180446
venkat@focallaw.com
Stacia N. Lay, WSBA #30594 (*Pro Hac Vice*)
stacia@focallaw.com
Kimberlee Gunning, WSBA #35366 (*Pro Hac Vice*)
kim@focallaw.com
**FOCAL PLLC**
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Telephone: (206) 529-4827

Attorneys for Defendant

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| A.M., an individual, | Case No. 3:21-cv-01674-MO |
| Plaintiff, | |
| v. | **DECLARATION OF KIMBERLEE GUNNING IN SUPPORT OF DEFENDANT OMEGLE.COM LLC'S MOTION TO STAY DISCOVERY** |
| OMEGLE.COM LLC, | |
| Defendant. | |

I, Kimberlee Gunning, declare and state as follows:

1.  I am an attorney at Focal PLLC and represent Defendant Omegle.com LLC ("Omegle") in this action. I am over 18 years of age. This Declaration is based upon personal knowledge unless otherwise stated, in which case I believe the information to be true.

2.  On July 18, 2022, Plaintiff served 29 requests for production and 16 interrogatories on Omegle ("Discovery Requests").

3.  Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff's First Request For The Production of Documents, dated July 18, 2022 and served on Omegle on that

DECLARATION OF KIMBERLEE GUNNING 1

date.

4. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiff's First Interrogatories to Defendant Omegle, dated July 18, 2022 and served on Omegle on that date.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of July, 2022, at Seattle, Washington.

                                                  s/ *Kimberlee Gunning*
                                                KIMBERLEE GUNNING