# EXHIBIT B

Barbara C. Long, OSB No. 122428
barb@vogtlong.com
VOGT & LONG PC
1314 NW Irving St, Suite 207
Portland, OR 97209
Telephone: (503) 228-9858

Carrie Goldberg  (*pro hac vice*)
carrie@cagoldberglaw.com
Naomi Leeds (*pro hac vice*)
naomi@cagoldberglaw.com
C.A. GOLDBERG PLLC
16 Court Street 33rd Floor
Brooklyn, NY 11241
Telephone: (646) 666-8908

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| A.M., an individual, | Case No. 3:21-cv-01674-MO |
| Plaintiff, | **PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT OMEGLE** |
| v. | |
| OMEGLE.COM LLC, | |
| Defendant. | |

**TO: Defendant Omegle.com LLC and its attorneys of record.**

Page 1 – PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT OMEGLE

**C.A. GOLDBERG, PLLC**
16 Court Street
Brooklyn, NY 11241
(646) 666-8908

**VOGT & LONG PC**
101 SW Main St, Suite 1900
Portland, OR 97204
(503) 228-9858

Pursuant to Federal Rules of Civil Procedure 33 and 34, Plaintiff requests that Defendant Omegle.com LLC answer the following Interrogatories in writing and under oath, within 30 days of service.

## DEFINITIONS AND INSTRUCTIONS

1. Pursuant to Rule 26(e)(2), your responses to these discovery requests should be supplemented if you obtain further information or documents before the time of trial.

2. As used in this request, the term the "Defendant," "you," and "your" refer to Omegle.com LLC.

3. "Communication" or "communications" mean any writing transmitted between persons and/or any record of oral conversations of any kind, including but not limited to personal conversations, telephone conversations, letters, meetings, memoranda, faxes, emails, voicemails, text messages, social networking messages and posts (such as, for example, Facebook, Twitter, Instagram, LinkedIn, Google+, and YouTube), and any other electronic communications or transmittals of communications of any type.

4. "Identify" means the full name and, if known, the address, telephone number, and email of the person or entity described.

5. When referring to documents and things, "identify" means to supply the type of document, subject matter, date of creation, date of creation of subsequent versions, author(s), addressee(s), and recipient(s).

6. "Relating to" includes but is not limited to the following phrases: regarding, about, relating to, referring to, referencing, naming, describing, and mentioning.

7. "Policies" include but are not limited to policies, procedures, rules, guidelines, and

Page 2 – PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT OMEGLE

C.A. GOLDBERG, PLLC
16 Court Street
Brooklyn, NY 11241
(646) 666-8908

VOGT & LONG PC
101 SW Main St, Suite 1900
Portland, OR 97204
(503) 228-9858

responsibilities, in whatever form, whether written or oral.

8. "Sexual abuse," "child sexual abuse," or "child abuse" are intended to cover any form of inappropriate sexual conduct between an adult and a minor child (under age 18). Such conduct includes, but is not limited to "child abuse" as it is defined in ORS 419B.005.

## INTERROGATORIES

**INTERROGATORY NO. 1:** Identify each person likely to have discoverable information that Defendant may use to support its defense and affirmative defenses against the claims in this case, along with the subjects of that information, unless the use would be solely for impeachment, in the manner required by FRCP 26(a)(1)(A)(i).

**RESPONSE:**

**INTERROGATORY NO. 2:** Identify all documents, electronically stored information, and tangible things that Defendant has in its possession, custody, or control that Defendant may use to support its defense and affirmative defenses against the claims in this case, unless the use would be solely for impeachment, in the manner required by FRCP 26(a)(1)(A)(ii).

**RESPONSE:**

**INTERROGATORY NO. 3:** Identify all current or former employee(s), including their current or last known address and phone number, who worked by Omegle during the 2014 to 2018 time period.

**RESPONSE:**

Page 3 – PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT OMEGLE

C.A. GOLDBERG, PLLC
16 Court Street
Brooklyn, NY 11241
(646) 666-8908

VOGT & LONG PC
101 SW Main St, Suite 1900
Portland, OR 97204
(503) 228-9858

**INTERROGATORY NO. 4:** Identify the case name and number of any matter where an employee of Omegle has provided deposition or trial testimony as a witness or party.

**RESPONSE:**

**INTERROGATORY NO. 5:** Identify which Omegle employees or other individuals designed the Omegle application and/or website.

**RESPONSE:**

**INTERROGATORY NO. 6:** Identify all complaints and allegations Defendant is aware of involving instances of users being harmed by other users.

**RESPONSE:**

**INTERROGATORY NO. 7:** Identify each and every person whom you expect to call as an expert witness in the trial of this case and state specifically the subject upon which each expert is expected to testify.

**RESPONSE:**

**INTERROGATORY NO. 8:** Describe in detail when and how Omegle first became aware of child sexual exploitation taking place on its platform.

**RESPONSE:**

**INTERROGATORY NO. 9:** Describe in detail Omegle's method for determining the identity of a user (and banning said user) who has engaged in abuse on Omegle.

**RESPONSE:**

Page 4 –PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT OMEGLE

**C.A. GOLDBERG, PLLC**
16 Court Street
Brooklyn, NY 11241
(646) 666-8908

**VOGT & LONG PC**
101 SW Main St, Suite 1900
Portland, OR 97204
(503) 228-9858

**INTERROGATORY NO. 10:**  Describe in detail Omegle's method(s), if any, of preventing children from being matched with adults; indicate when that method went into effect and the duration of it.

**RESPONSE:**

**INTERROGATORY NO. 11:**  Describe in detail Omegle's policies systems and procedures for becoming aware of and responding to instances of child exploitation on its platform.

**RESPONSE:**

**INTERROGATORY NO. 12:**  Identify by case number and date, each law enforcement investigations into child abuse that originated via Omegle between 2009 and 2014.

**RESPONSE:**

**INTERROGATORY NO. 13:**  Identify how many IP addresses were flagged for potentially including images of child pornography between the 2009 and 2014 time period.

**RESPONSE:**

**INTERROGATORY NO. 14:**  Identify all transcripts in existence for sworn testimony given by Omegle employees pertaining to child pornography that is alleged to have been transmitted on Omegle.

**RESPONSE:**

**INTERROGATORY NO. 15:**  Describe in detail Omegle's method of earning revenue.

**RESPONSE:**

Page 5 – PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT OMEGLE

**C.A. GOLDBERG, PLLC**
16 Court Street
Brooklyn, NY 11241
(646) 666-8908

**VOGT & LONG PC**
101 SW Main St, Suite 1900
Portland, OR 97204
(503) 228-9858

**INTERROGATORY NO. 16:** Provide the name and last known address, email address, and telephone number of each individual who located or assisted locating documents responsive to Plaintiff's Request for Production.

**RESPONSE:**

Dated: July 18, 2022

        */s/ Barbara Long*
        Barbara Long, OSB #122428
        Vogt & Long PC
        1314 NW Irving St, Suite 207
        Portland, Oregon 97209
        Tel: (503) 228-9858
        Fax: (503) 228-9860
        Barb@vogtlong.com

        */s/Carrie Goldberg*
        Carrie Goldberg
        (*pro hac vice*)

        Naomi Leeds
        (*pro hac vice*)

        C.A. Goldberg, PLLC
        16 Court Street, 33rd Fl.
        Brooklyn, NY 11241
        Tel: (646) 666-8908
        Fax: (718) 514-7436
        carrie@cagoldberglaw.com
        naomi@cagoldberglaw.com

        *Attorneys for Plaintiff A. M.*

Page 6 –PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT OMEGLE

**C.A. GOLDBERG, PLLC**
16 Court Street
Brooklyn, NY 11241
(646) 666-8908

**VOGT & LONG PC**
101 SW Main St, Suite 1900
Portland, OR 97204
(503) 228-9858

# CERTIFICATE OF SERVICE

I certify that I served the foregoing **PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT OMEGLE.COM** on the below by the following indicated method or methods:

| | | |
|---|---|---|
| Venkat Balasubramani | | U.S. MAIL |
| Stacia N. Lay | | HAND DELIVERY |
| Kimberlee Gunning | X | E-MAIL |
| FOCAL PLLC | | FACSIMILE |
| 900 1st Avenue S., Suite 201 | | OVERNIGHT DELIVERY |
| Seattle, WA 98134 | | |
| venkat@focallaw.com | | |
| stacia@focallaw.com | | |
| kim@focallaw.com | | |

DATED THIS 18th day of July 2022.

VOGT & LONG PC

**/s/ Laura McIntyre**
Laura McIntyre
Legal Assistant to Vogt & Long PC

Page 1 -   **CERTIFICATE OF SERVICE**