Venkat Balasubramani, OSB #180446
venkat@focallaw.com
Stacia N. Lay, WSBA #30594 (*Pro Hac Vice*)
stacia@focallaw.com
Kimberlee Gunning, WSBA #35366 (*Pro Hac Vice*)
kim@focallaw.com
**FOCAL PLLC**
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Telephone: (206) 529-4827

Clifford S. Davidson, OSB #125378
csdavidson@swlaw.com
**SNELL & WILMER, LLP**
1455 SW Broadway, Suite 1750
Portland, Oregon 97201
Telephone: (503) 624-6800

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| A.M., an individual,<br><br>                    Plaintiff,<br><br>v.<br><br><br><br>OMEGLE.COM LLC,<br><br>                    Defendant. | Case No. 3:21-cv-01674-MO<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANT OMEGLE.COM LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

NOTICE OF WITHDRAWAL OF
MOTION TO DISMISS THE FAC

Pursuant to the stipulation of the parties and the Order thereon (*see* Dkts. 41-42), Defendant Omegle.com LLC hereby withdraws its Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to FED. R. CIV. P. 12(b)(6) (Dkt. 33).

Dated this 1st day of August, 2022.     Respectfully submitted,

| FOCAL PLLC | SNELL & WILMER, LLP |
|---|---|
| By: s/ *Kimberlee Gunning* <br> s/ *Stacia N. Lay* <br> Venkat Balasubramani, OSB #180446 <br> Stacia N. Lay, WSBA #30594 (PHV) <br> Kimberlee Gunning, WSBA #35366 (PHV) <br> 900 1st Avenue S., Suite 201 <br> Seattle, Washington 98134 <br> Telephone: (206) 529-4827 <br> venkat@focallaw.com <br> stacia@focallaw.com <br> kim@focallaw.com | By: s/ *Clifford S. Davidson* <br> Clifford S. Davidson, OSB #125378 <br> 1455 SW Broadway, Suite 1750 <br> Portland, Oregon 97201 <br> Telephone: (503) 624-6800 <br> csdavidson@swlaw.com |

*Attorneys for Defendant Omegle.com LLC*