Barbara C. Long, OSB No. 122428
barb@vogtlong.com
VOGT & LONG PC
101 SW Main St, Suite 1900
Portland, OR 97204
Telephone: (503) 228-9858

Carrie Goldberg  (*pro hac vice*)
carrie@cagoldberglaw.com
Naomi Leeds (*pro hac vice*)
naomi@cagoldberglaw.com
C.A. GOLDBERG PLLC
16 Court Street
Brooklyn, NY 11241
Telephone: (646) 666-8908

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| A.M., an individual, | ) Case No. 3:21-cv-01674-MO |
| | ) |
| Plaintiff, | ) **STIPULATED MOTION FOR** |
| | ) **PERMISSION TO FILE BRIEFS IN** |
| v. | ) **EXCESS OF L.R. 7-2(B) WORD/PAGE** |
| | ) **LIMIT** |
| OMEGLE.COM LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

This Stipulation is entered into between Plaintiff A.M. and Defendant Omegle.com

LLC, through their undersigned counsel of record, and is based on the following facts:

1.     On September 12, 2022, Plaintiff filed her Response in Opposition to Defendant's

Motion to Dismiss the Second Amended Complaint. (Dkt. 50.) The Response was 41 pages

Page 1 – STIPULATED MOTION FOR PERMISSION TO FILE BRIEFS IN EXCESS OF L.R. 7-2(B) WORD/PAGE LIMIT

**C.A. GOLDBERG, PLLC**
16 Court Street
Brooklyn, NY 11241
(646) 666-8908

**VOGT & LONG PC**
101 SW Main Street, Suite 1900
Portland, OR 97204
(503) 228-9858

and contained 14,065 words, contrary to L.R. 7-2(b)(1) which limits memoranda to 11,000 words or 35 pages.

2. Omegle's counsel contacted Plaintiff's counsel requesting clarification regarding the Response's compliance with L.R. 7-2(b)(1).

3. The parties conferred via email on September 14 and 15, 2022, regarding a means to address the issue. In order to resolve the issue without motion practice, Omegle agreed to a stipulated motion requesting that the Court allow Omegle to file an overlength reply brief in support of the Motion to Dismiss the Second Amended Complaint, not to exceed 14,065 words or 41 pages, the same length as Plaintiff's Response.

4. Counsel for Plaintiff and Omegle.com LLC agreed to file this Stipulated Motion to request the Court's permission for Plaintiff's Response brief to be deemed properly filed at 14,065 words.

THEREFORE, the parties stipulate as follows:

1. Plaintiff's Response in Opposition to Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint is allowed to stand.

2. Omegle is granted leave to file a Reply brief in support of the Motion to Dismiss the Second Amended Complaint not to exceed 14,065 words or 41 pages.

IT IS SO STIPULATED this 16th day of September 2022.

/s/ Barbara C. Long
Barbara C. Long, OSB #122428
Vogt & Long PC
101 SW Main St, Suite 1900
Portland, OR 97204
Tel: 503-228-9858
Email: barb@vogtlong.com

/s/ Stacia N. Lay
Stacia N. Lay, WSBA #30594 (*Pro Hac Vice*)
Focal PLLC
900 1st Avenue S., Suite 201
Seattle, WA 98134
Tel: 206-529-4827
Email: stacia@focallaw.com

Page 2 – STIPULATED MOTION FOR PERMISSION TO FILE BRIEFS IN EXCESS OF L.R. 7-2(B) WORD/PAGE LIMIT

C.A. GOLDBERG, PLLC
16 Court Street
Brooklyn, NY 11241
(646) 666-8908

VOGT & LONG PC
101 SW Main Street, Suite 1900
Portland, OR 97204
(503) 228-9858

|  |  |
|---|---|
| *Of Attorneys for Plaintiff A.M.* | *Attorneys for Defendant Omegle.com LLC* |

                                          SNELL & WILMER, LLP

By:   /s/ Clifford S. Davidson
       Clifford S. Davidson, OSB #125378
       1455 SW Broadway, Suite 1750
       Portland, OR 97201
       Telephone: (503) 624-6800
       csdavidson@swlaw.com

# ORDER

Pursuant to the stipulation of the parties, it is ordered as follows:

1. Plaintiff's Response in Opposition to Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint is allowed to stand.

2. Omegle is granted leave to file a Reply brief in support of the Motion to Dismiss the Second Amended Complaint not to exceed 14,065 words or 41 pages.

IT IS SO ORDERED.

Dated this _____ day of _____, 2022.

_____
MICHAEL W. MOSMAN
SENIOR UNITED STATES DISTRICT JUDGE

Page 4 – STIPULATED MOTION FOR PERMISSION TO FILE BRIEFS IN EXCESS OF L.R. 7-2(B) WORD/PAGE LIMIT

**C.A. GOLDBERG, PLLC**
16 Court Street
Brooklyn, NY 11241
(646) 666-8908

**VOGT & LONG PC**
101 SW Main Street, Suite 1900
Portland, OR 97204
(503) 228-9858