Venkat Balasubramani, OSB #180446
venkat@focallaw.com
Stacia N. Lay, WSBA #30594 (*Pro Hac Vice*)
stacia@focallaw.com
Kimberlee Gunning, WSBA #35366 (*Pro Hac Vice*)
kim@focallaw.com
**FOCAL PLLC**
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Telephone: (206) 529-4827

Clifford S. Davidson, OSB #125378
csdavidson@swlaw.com
**SNELL & WILMER, LLP**
1455 SW Broadway, Suite 1750
Portland, Oregon 97201
Telephone: (503) 624-6800

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| A.M., an individual, | Case No. 3:21-cv-01674-MO |
| Plaintiff, | |
| v. | **DEFENDANT OMEGLE.COM LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY RE: MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)** |
| OMEGLE.COM LLC, | |
| Defendant. | |

Defendant Omegle.com LLC respectfully submits the decision issued by the United States Court of Appeals for the Ninth Circuit on October 24, 2022, in the case of *Does v. Reddit, Inc.*, No. 21-56293, 2022 U.S. App. LEXIS 29510 (9th Cir. Oct. 24, 2022) – a copy of which is attached hereto as **Appendix A** – as supplemental authority in support of Omegle's pending

DEFENDANT'S NOTICE OF SUPP.            1
AUTHORITY RE: MOTION TO DISMISS

Motion to Dismiss Plaintiff's Second Amended Complaint ("SAC") (Dkt. 49), and specifically, Plaintiff's claim for alleged violation of the Trafficking Victims Protection Act ("TVPA").

The Ninth Circuit's decision in *Reddit* (1) confirms the Court's prior ruling that to state a TVPA claim that escapes Section 230's bar, a plaintiff must plausibly allege that the defendant-website's own alleged conduct constitutes a violation of 15 U.S.C. § 1591, and (2) states the type of knowing participation in, and benefit from, the alleged sex trafficking venture that a plaintiff must plausibly allege to state a TVPA claim against a website. *See Reddit*, 2022 U.S. App. LEXIS 29510 at *18, 19-22. These points are relevant to arguments made in Omegle's pending Motion to Dismiss. (*See* Dkt. 49 at 15-22; Dkt. 57 at 10-17.)

Dated this 25th day of October, 2022.          Respectfully submitted,

FOCAL PLLC                                     SNELL & WILMER, LLP

By: s/ *Stacia N. Lay*                         By: s/ *Clifford S. Davidson*
    s/ *Kimberlee Gunning*                   Clifford S. Davidson, OSB #125378
    Venkat Balasubramani, OSB #180446        1455 SW Broadway, Suite 1750
    Stacia N. Lay, WSBA #30594 (PHV)         Portland, Oregon 97201
    Kimberlee Gunning, WSBA #35366 (PHV)     Telephone: (503) 624-6800
    900 1st Avenue S., Suite 201             csdavidson@swlaw.com
    Seattle, Washington 98134
    Telephone: (206) 529-4827
    venkat@focallaw.com
    stacia@focallaw.com
    kim@focallaw.com

*Attorneys for Defendant Omegle.com LLC*