Venkat Balasubramani, OSB #180446
venkat@focallaw.com
Stacia N. Lay, WSBA #30594 (*Pro Hac Vice*)
stacia@focallaw.com
Kimberlee Gunning, WSBA #35366 (*Pro Hac Vice*)
kim@focallaw.com
**FOCAL PLLC**
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Telephone: (206) 529-4827

Clifford S. Davidson, OSB #125378
csdavidson@swlaw.com
**SNELL & WILMER, LLP**
1455 SW Broadway, Suite 1750
Portland, Oregon 97201
Telephone: (503) 624-6800

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| A.M., an individual, | Case No. 3:21-cv-01674-MO |
| Plaintiff, | |
| v. | **DEFENDANT OMEGLE.COM LLC'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY RE: MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)** |
| OMEGLE.COM LLC, | |
| Defendant. | |

Defendant Omegle.com LLC respectfully submits the decision issued by the United States District Court for the Central District of California on November 4, 2022, in the case of *Jackson v. Airbnb, Inc.*, No. CV 22-3084 DSF (JCx), 2022 U.S. Dist. LEXIS 202765 (C.D. Cal. Nov. 4, 2022) – a copy of which is attached hereto as **Appendix A** – as supplemental authority in

DEFENDANT'S 2ND NOTICE OF SUPP.     1
AUTHORITY RE: MOTION TO DISMISS

support of Omegle's pending Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. 49), and specifically Plaintiff's product liability claims.

The *Jackson* decision discusses, in relevant part, (1) that Airbnb is more akin to a service than to a product for purposes of the plaintiffs' product liability claims under California law, and (2) that the Ninth Circuit's *Lemmon v. Snap* decision addressed only whether Snap was immune under Section 230. *Jackson*, 2022 U.S. Dist. LEXIS 202765 at *27-29. These points are relevant to arguments made in Omegle's pending Motion to Dismiss with respect to Plaintiff's product liability claims. (*See* Dkt. 49 at 32-34; Dkt. 57 at 24-34.)

Dated this 1st day of December, 2022.                    Respectfully submitted,

FOCAL PLLC                                                SNELL & WILMER, LLP

By: s/ *Stacia N. Lay*                                    By: s/ *Clifford S. Davidson*
    s/ *Kimberlee Gunning*                                    Clifford S. Davidson, OSB #125378
    Venkat Balasubramani, OSB #180446                         1455 SW Broadway, Suite 1750
    Stacia N. Lay, WSBA #30594 (PHV)                          Portland, Oregon 97201
    Kimberlee Gunning, WSBA #35366 (PHV)                      Telephone: (503) 624-6800
    900 1st Avenue S., Suite 201                              csdavidson@swlaw.com
    Seattle, Washington 98134
    Telephone: (206) 529-4827
    venkat@focallaw.com
    stacia@focallaw.com
    kim@focallaw.com

*Attorneys for Defendant Omegle.com LLC*