Barbara C. Long, OSB No. 122428
barb@vogtlong.com
VOGT & LONG PC
1314 NW Irving St, Suite 207
Portland, OR 97209
Telephone: (503) 228-9858

Carrie Goldberg (*pro hac vice*)
carrie@cagoldberglaw.com
Naomi Leeds (*pro hac vice*)
naomi@cagoldberglaw.com
C.A. GOLDBERG PLLC
16  Court Street
Brooklyn, NY 11241
Telephone: (646) 666-8908

*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| A.M., an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>OMEGLE.COM LLC,<br><br>        Defendant. | Case No. 3:21-cv-01674-MO<br><br>**JOINT MOTION FOR EXTENSION OF DISCOVERY & PTO DEADLINES** |

## JOINT MOTION

Pursuant to Fed. R. Civ. P. 16, LR 16-3 and the Court's instruction (*see* ECF No. 63), the parties jointly propose the following revised case deadlines (*see* ECF Nos. 4 & 31) as follows:

| | |
|---|---|
| Amendment of Pleadings and Joining of All Parties | February 28, 2023 |
| Completion of Discovery | July 31, 2023 |
| Filing Dispositive Motions | August 31, 2023 |

Joint ADR Report:

    Plaintiff proposes 30 days following Order on dispositive motions

    Defendant proposes July 31, 2023

| | |
|---|---|
| Expert Disclosures/Discovery | 30 days following Order on dispositive motions |
| Joint Proposed Pretrial Order | 30 days following Order on dispositive motions |

Trial

    Plaintiff proposes November 13, 2023

    Defendant proposes that the Court set the date

## CONCLUSION

For the foregoing reasons, the Court should modify the existing case deadlines (ECF Nos. 4 & 31) as set forth above.

Dated this 4th day of January, 2023.	VOGT & LONG PC

s/ Barbara C. Long
Barbara C. Long, OSB No. 122428
barb@vogtlong.com

and

Carrie Goldberg (*pro hac vice*)
carrie@cagoldberglaw.com
Naomi Leeds (*pro hac vice*)
naomi@cagoldberglaw.com
C.A. GOLDBERG PLLC
16 Court Street 33rd Floor
Brooklyn, NY 11241
T: (646) 666-8908

Attorneys for Plaintiff

Dated this 4th day of January, 2023.	SNELL & WILMER L.L.P.

s/Clifford S. Davidson
Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com

and

Venkat Balasubramani, OSB No. 180446
venkat@focallaw.com
Stacia N. Lay, WSBA #30594 (*Pro Hac Vice*)
stacia@focallaw.com
Kimberlee Gunning, WSBA #35366 (*Pro Hac Vice*)
kim@focallaw.com
FOCAL PLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
T: (206) 529-4827

Attorneys for Defendant