Venkat Balasubramani, OSB #180446
venkat@focallaw.com
Stacia N. Lay, WSBA #30594 (*Pro Hac Vice*)
stacia@focallaw.com
Kimberlee Gunning, WSBA #35366 (*Pro Hac Vice*)
kim@focallaw.com
**FOCAL PLLC**
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Telephone: (206) 529-4827

Clifford S. Davidson, OSB #125378
csdavidson@swlaw.com
**SNELL & WILMER, LLP**
1455 SW Broadway, Suite 1750
Portland, Oregon 97201
Telephone: (503) 624-6800

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| A.M., an individual,<br><br>                    Plaintiff,<br>v.<br><br>OMEGLE.COM LLC,<br><br>                    Defendant. | Case No. 3:21-cv-01674-MO<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

NOTICE OF WITHDRAWAL

TO: Clerk of the Court

AND TO: All parties and their counsel of record

PLEASE TAKE NOTICE that pursuant to Local Rule 83-11(b) and (c), Kimberlee Gunning of Focal PLLC hereby files her Notice of Withdrawal of Counsel on behalf of Defendant Omegle.com LLC. Defendant Omegle.com LLC remains represented by Venkat Balasubramani and Stacia J. Lay of Focal PLLC and Clifford S. Davidson of Snell & Wilmer, LLP.

Dated this 20th day of January, 2023.                    Respectfully submitted,

| FOCAL PLLC | SNELL & WILMER, LLP |
|---|---|
| By: s/ *Kimberlee Gunning*<br>    s/ *Stacia N. Lay*<br>Venkat Balasubramani, OSB #180446<br>Stacia N. Lay, WSBA #30594 (PHV)<br>Kimberlee Gunning, WSBA #35366 (PHV)<br>900 1st Avenue S., Suite 201<br>Seattle, Washington 98134<br>Telephone: (206) 529-4827<br>venkat@focallaw.com<br>stacia@focallaw.com<br>kim@focallaw.com | By: s/ *Clifford S. Davidson*<br>Clifford S. Davidson, OSB #125378<br>1455 SW Broadway, Suite 1750<br>Portland, Oregon 97201<br>Telephone: (503) 624-6800<br>csdavidson@swlaw.com |

*Attorneys for Defendant Omegle.com LLC*

NOTICE OF WITHDRAWAL                    1