AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| A.M., an individual  )<br>*Plaintiff* )<br>v.  )<br>OMEGLE.COM LLC  )<br>*Defendant* ) | Case No.  3:21-CV-01674-MO |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

OMEGLE.COM LLC  .

Date:  01/31/2023

/s/ Lea K. Schneider
*Attorney's signature*

Lea K. Schneider, OSB No. 145154
*Printed name and bar number*

Snell & Wilmer LLP
1455 SW Broadway, Suite 1750
Portland, OR 97201

*Address*

lschneider@swlaw.com
*E-mail address*

503-624-6800
*Telephone number*

503-624-6888
*FAX number*