Clifford S. Davidson, OSB #125378
csdavidson@swlaw.com
**SNELL & WILMER, LLP**
1455 SW Broadway, Suite 1750
Portland, Oregon 97201
Telephone: (503) 624-6800

Venkat Balasubramani, OSB #180446
venkat@focallaw.com
Stacia N. Lay, WSBA #30594 (*Pro Hac Vice*)
stacia@focallaw.com
**FOCAL PLLC**
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Telephone: (206) 529-4827

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| A.M., an individual,<br><br>                    Plaintiff,<br>v.<br><br>OMEGLE.COM LLC,<br><br>                    Defendant. | Case No. 3:21-cv-01674-MO<br><br>**FOCAL PLLC'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT OMEGLE.COM LLC** |

**L.R. 7-1(a) Certification**

In compliance with Local Rule 7-1(a), undersigned counsel for Defendant Omegle.com LLC certifies that they conferred in good faith with Plaintiff's counsel prior to filing this Motion who indicated that they do not oppose this Motion.

**MOTION**

Pursuant to Local Rule 83-11(a) and (c), Stacia N. Lay and Venkat Balasubramani of Focal PLLC hereby move to withdraw as counsel of record for Defendant Omegle.com LLC. Omegle remains represented by Clifford S. Davidson of Snell & Wilmer, LLP, who has been notified of and does not object to the withdrawal of Focal PLLC. Omegle has been informed of Focal's intent to withdraw as counsel in this action and served with a copy of this Motion to Withdraw. Additionally, counsel for Plaintiff has been advised of Focal's intent to file this Motion to Withdraw and has indicated that they do not oppose it.

As a result, Stacia N. Lay and Venkat Balasubramani of Focal PLLC hereby respectfully request that the Court grant their Motion to Withdraw as counsel of record in this case for Defendant Omegle.com LLC.

Dated this 31st day of January, 2023.                    Respectfully submitted,

| FOCAL PLLC | SNELL & WILMER, LLP |
|---|---|
| By: s/ *Stacia N. Lay* <br> s/ *Venkat Balasubramani* <br> Venkat Balasubramani, OSB #180446 <br> Stacia N. Lay, WSBA #30594 (PHV) <br> 900 1st Avenue S., Suite 201 <br> Seattle, Washington 98134 <br> Telephone: (206) 529-4827 <br> venkat@focallaw.com <br> stacia@focallaw.com | By: s/ *Clifford S. Davidson* <br> Clifford S. Davidson, OSB #125378 <br> 1455 SW Broadway, Suite 1750 <br> Portland, Oregon 97201 <br> Telephone: (503) 624-6800 <br> csdavidson@swlaw.com |

*Attorneys for Defendant Omegle.com LLC*

MOTION TO WITHDRAW                              1