Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
Lea K. Schneider, OSB No. 145154
lschneider@swlaw.com
SNELL & WILMER L.L.P.
1455 SW Broadway, Suite 1750
Portland, Oregon 97201
Telephone: 503.624.6800
Facsimile: 503.624.6888
Attorneys for Defendant Omegle.com LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| A.M., an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>OMEGLE.COM LLC,<br><br>    Defendant. | Case No. 3:21-CV-01674-MO<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER SECOND AMENDED COMPLAINT** |

## LR 7-1 CERTIFICATION

Counsel for Defendant Omegle.com LLC ("Defendant") certifies that he conferred with Plaintiff's counsel, and that Plaintiff does not oppose this motion.

## MOTION

Defendant moves the Court to extend the deadline to answer the Second Amended Complaint by 7 days, to February 23, 2023. This is the first motion for extension of time filed in relation to this deadline. The extension will not affect other deadlines in the case. This request is made in good faith due to the press of business in other matters.

DATED this 8th day of February, 2023.

    SNELL & WILMER L.L.P.

    /s/ Clifford S. Davidson
    Clifford S. Davidson, OSB No. 125378
    Lea K. Schneider, OSB No. 145154
    Attorneys for Defendant Omegle.com LLC

\4888-9915-2464