Barbara C. Long, OSB No. 122428
barb@longlawpc.com
LONG LAW PC
101 SW Main St., Suite 1900
Portland, OR 97204
Telephone: (503) 228-9858

Carrie Goldbergi, *pro hac vice*
carrie@cagoldberglaw.com
Naomi Leeds, *pro hac vice*
naomi@cagoldberglaw.com
C.A. GOLDBERG PLLC
16 Court Street
Brooklyn, NY 11241
Telephone: (646) 666-8908

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| A.M., an individual, | ) Case No. 3:21-cv-01674 |
| Plaintiff, | ) **NOTICE OF CHANGE OF FIRM NAME** |
| v. | ) **AND EMAIL ADDRESS** |
| OMEGLE.COM LLC, | ) |
| Defendant. | ) |

Barbara C. Long, of attorneys for Plaintiff, hereby gives notice of the following new firm name and email address:

　　　　Barbara C. Long
　　　　Long Law PC

Page 1 – NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS

**C.A. GOLDBERG, PLLC**
16 Court Street
Brooklyn, NY 11241
(646) 666-8908

**LONG LAW PC**
101 SW Main Street, Suite 1900
Portland, OR 97204
(503) 228-9858

        101 SW Main Street, Suite 1900
        Portland, OR 97204
        Telephone: (503) 228-9858
        Facsimile: (503) 228-9860
        Email: barb@longlawpc.com

Dated: May 24, 2023

        Respectfully submitted,

        <u>*/s/ Barbara Long*</u>
        Barbara Long, OSB #122428
        Long Law PC
        101 SW Main St., Suite 1900
        Portland, Oregon 97204
        Tel: (503) 228-9858
        Fax: (503) 228-9860
        Barb@longlawpc.com

        Carrie Goldberg
        Naomi Leeds
        C.A. Goldberg, PLLC
        16 Court Street, 33rd Fl.
        Brooklyn, NY 11241
        Tel: (646) 666-8908
        Fax: (718) 514-7436
        carrie@cagoldberglaw.com

        *Attorneys for Plaintiff A. M.*

Page 2 – NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS

**C.A. GOLDBERG, PLLC**
16 Court Street
Brooklyn, NY 11241
(646) 666-8908

**LONG LAW PC**
101 SW Main Street, Suite 1900
Portland, OR 97204
(503) 228-9858

**CERTIFICATE OF SERVICE**

I certify that I served the foregoing **NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS** on the below by the following indicated method or methods:

| | |
|---|---|
| Venkat Balasubramani<br>Stacia N. Lay<br>Kimberlee Gunning<br>FOCAL PLLC<br>900 1st Avenue S., Suite 201<br>Seattle, WA 98134<br>venkat@focallaw.com<br>stacia@focallaw.com<br>kim@focallaw.com | U.S. MAIL<br>HAND DELIVERY<br>X  E-MAIL<br>FACSIMILE<br>OVERNIGHT DELIVERY |

DATED THIS 24th day of May 2023.

LONG LAW PC

**/s/ Shannon Dunn**
Shannon Dunn
Legal Assistant to Long Law PC

Page 1 -   **CERTIFICATE OF SERVICE**