Barbara C. Long, OSB No. 122428
barb@longlawpc.com
LONG LAW PC
101 SW Main St., Suite 1900
Portland, OR 97204
Telephone: (503) 228-9858

Carrie Goldberg (*pro hac vice*)
carrie@cagoldberglaw.com
Naomi Leeds (*pro hac vice*)
naomi@cagoldberglaw.com
C.A. GOLDBERG PLLC
16  Court Street
Brooklyn, NY 11241
Telephone: (646) 666-8908

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| A.M., an individual, | Case No. 3:21-cv-01674-MO |
| Plaintiff, | |
| vs. | **(SECOND) JOINT MOTION FOR EXTENSION OF DISCOVERY & PTO DEADLINES** |
| OMEGLE.COM LLC, | |
| Defendant. | |

Page 1 –(SECOND) JOINT MOTION FOR EXTENSION OF DISCOVERY & PTO DEADLINES

**C.A. GOLDBERG, PLLC**
16 Court Street
Brooklyn, NY 11241
(646) 666-8908

**LONG LAW PC**
101 SW Main St, Suite 1900
Portland, OR 97204
(503) 228-9858

## BACKGROUND

The parties have been diligently working through discovery but need additional time to complete it. Defendant has produced 37,207 documents in documentary discovery, which the Plaintiff is still reviewing. Both parties have also tendered a second set of written discovery requests, and are in the process of setting up depositions and conferring on potential discovery issues.

## JOINT MOTION

Pursuant to Fed. R. Civ. P. 16, LR 16-3, the parties jointly propose the following revised case deadlines (*see* ECF 67) as follows:

| | |
|---|---|
| Completion of Discovery | October 30, 2023 |
| Filing Dispositive Motions | November 29, 2023 |
| Joint ADR Report: | 30 days following Order on dispositive motions |
| Expert Disclosures/Discovery | TBD when a trial date is set |
| Joint Proposed Pretrial Order | TBD when a trial date is set |
| Trial | TBD |

## CONCLUSION

For the foregoing reasons, the Court should modify the existing case deadlines (ECF No 67) as set forth above.

Page 2 –(SECOND) JOINT MOTION FOR EXTENSION OF DISCOVERY & PTO DEADLINES

**C.A. GOLDBERG, PLLC**
16 Court Street
Brooklyn, NY 11241
(646) 666-8908

**LONG LAW PC**
101 SW Main St, Suite 1900
Portland, OR 97204
(503) 228-9858

Dated this 28th day of June, 2023.    LONG LAW PC

s/ Barbara C. Long
Barbara C. Long, OSB No. 122428
barb@longlawpc.com

and

Carrie Goldberg (*pro hac vice*)
carrie@cagoldberglaw.com
Naomi Leeds (*pro hac vice*)
naomi@cagoldberglaw.com
C.A. GOLDBERG PLLC
16 Court Street 33rd Floor
Brooklyn, NY 11241
T: (646) 666-8908

Attorneys for Plaintiff

Dated this 28th day of June, 2023.    SNELL & WILMER L.L.P.

s/ Lea K. Schneider
Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com

Lea K. Schneider, OSB No. 145154
lschneider@swlaw.com

Attorneys for Defendant

Page 3 –(SECOND) JOINT MOTION FOR EXTENSION OF DISCOVERY & PTO DEADLINES

**C.A. GOLDBERG, PLLC**
16 Court Street
Brooklyn, NY 11241
(646) 666-8908

**LONG LAW PC**
101 SW Main St, Suite 1900
Portland, OR 97204
(503) 228-9858