Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
Lea K. Schneider, OSB No. 145154
lschneider@swlaw.com
SNELL & WILMER L.L.P.
601 SW 2nd Ave, Suite 2000
Portland, Oregon 97204
Telephone:  503.624.6800
Facsimile:   503.624.6888

Attorneys for Defendant Omegle.com LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| A.M., an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>OMEGLE.COM LLC,<br><br>　　　　　Defendant. | Case No. 3:21-CV-01674-MO<br><br>DECLARATION OF LEA K. SCHNEIDER |

I, Lea K. Schneider, declare as follows:

    1.    I am an attorney with Snell & Wilmer L.L.P., counsel of record to defendant in this action. I am over the age of 18. I have personal knowledge of the matters stated herein. If called upon to do so, I would testify truthfully as follows.

    2.    Plaintiff's counsel stipulated that Plaintiff's date of birth is January 8, 2002, via e-mail correspondence July 19, 2023.

    3.    Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff's Objections and Responses to Omegle's First Interrogatories.  The verification page is redacted to protect Plaintiff's identity.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on the 20th day of July, 2023 at Portland, Oregon.

*/s/ Lea K. Schneider*
Lea K. Schneider

4889-5669-0287

Page 2 – LEA K. SCHNEIDER DECLARATION

Snell & Wilmer
601 SW Second Ave, Suite 2000
Portland, Oregon 97204
503.624.6800