Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
Lea K. Schneider, OSB No. 145154
lschneider@swlaw.com
SNELL & WILMER L.L.P.
601 SW 2nd Ave, Suite 2000
Portland, Oregon 97204
Telephone: 503.624.6800
Facsimile: 503.624.6888

Attorneys for Defendant Omegle.com LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| A.M., an individual, | Case No. 3:21-CV-01674-MO |
| Plaintiff, | |
| vs. | NOTICE OF CHANGE OF FIRM ADDRESS |
| OMEGLE.COM LLC, | |
| Defendant. | |

TO THE HONORABLE COURT AND THE PARTIES:

PLEASE TAKE NOTICE that undersigned counsel have changed their address and that all pleadings, motions, and other documents in this case be served upon undersigned counsel at their new address. All telephone numbers and e-mail addresses remain the same.

Prior Address:     Snell & Wilmer, L.L.P.
                   1455 SW Broadway, Suite 1750
                   Portland, Oregon 97201

New Address:       Snell & Wilmer, L.L.P.
                   601 SW Second Avenue, Suite 2000
                   Portland, Oregon 97204

DATED this 1st day of August, 2023.

        SNELL & WILMER L.L.P.

        /s/ Clifford S. Davidson
        Clifford S. Davidson, OSB No. 125378
        csdavidson@swlaw.com
        Lea K. Schneider, OSB No. 145154
        lschneider@swlaw.com

        Attorneys for Defendant Omegle.com LLC