Barbara C. Long, OSB No. 122428
barb@longlawpc.com
LONG LAW PC
101 SW Main St, Suite 1900
Portland, OR 97204
Telephone: (503) 228-9858

Carrie Goldberg  (*pro hac vice*)
carrie@cagoldberglaw.com
Naomi Leeds (*pro hac vice*)
naomi@cagoldberglaw.com
C.A. GOLDBERG PLLC
16 Court Street
Brooklyn, NY 11241
Telephone: (646) 666-8908

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| A.M., an individual, | Case No. 3:21-cv-01674-MO |
| Plaintiff, | **STIPULATED MOTION TO EXTEND SUMMARY JUDGMENT RESPONSE AND REPLY DEADLINES** |
| v. | |
| OMEGLE.COM LLC, | |
| Defendant. | |

Plaintiff A.M. and Defendant Omegle.com LLC, through their undersigned counsel of record, hereby stipulate to an extension of the summary judgment response deadline up to and including August 31, 2023, and Defendant's reply up to and including September 25, 2023. The current deadline for Plaintiff's response is August 9, 2023.

Page 1 – STIPULATED MOTION TO EXTEND SUMMARY JUDGMENT RESPONSE AND REPLY DEADLINES

**C.A. GOLDBERG, PLLC**
16 Court Street
Brooklyn, NY 11241
(646) 666-8908

**LONG LAW PC**
101 SW Main Street, Suite 1900
Portland, OR 97204
(503) 228-9858

The reason for the request for this extension is to provide Plaintiff with additional time to respond to Defendant's Partial Motion for Summary Judgment as it relates to a choice of law issue for the products liability claim, as well as an extension for the parties to confer and possibly seek court assistance regarding the timing of Plaintiff's response to Defendant's Motion as it relates to her Section 1595 trafficking claim. The deadline for the completion of discovery is currently October 30, 2023.

DATED: August 7, 2023

IT IS SO STIPULATED:

LONG LAW PC

By:  /s/ Barbara C. Long
     Barbara C. Long, OSB #122428
     101 SW Main Street, #1900
     Portland, OR 97204
     Telephone: (503) 228-9858
     barb@longlawpc.com

*Of Attorneys for Plaintiff A.M.*

C.A. GOLDBERG, PLLC

Carrie Goldberg (*pro hac vice*)
Naomi Leeds (*pro hac vice*)
C.A. Goldberg, PLLC
16 Court Street, 33rd Fl.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com
naomi@cagoldberglaw.com

SNELL & WILMER, LLP

By:  /s/ Clifford S. Davidson
     Clifford S. Davidson, OSB #125378
     Lea K. Schneider, OSB #145154
     601 SW 2nd Ave, Suite 2000
     Portland, OR 97204
     Telephone: (503) 624-6800
     csdavidson@swlaw.com
     lschneider@swlaw.com

*Attorneys for Defendant Omegle.com LLC*

Page 2 – STIPULATED MOTION TO EXTEND SUMMARY JUDGMENT RESPONSE AND REPLY DEADLINES

**C.A. GOLDBERG, PLLC**
16 Court Street
Brooklyn, NY 11241
(646) 666-8908

**LONG LAW PC**
101 SW Main Street, Suite 1900
Portland, OR 97204
(503) 228-9858