Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
Lea K. Schneider, OSB No. 145154
lschneider@swlaw.com
SNELL & WILMER L.L.P.
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204
Telephone:  503.624.6800
Facsimile:   503.624.6888
Attorneys for Defendant Omegle.com LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| A.M., an individual,<br><br>   Plaintiff,<br><br>vs.<br><br>OMEGLE.COM LLC,<br><br>   Defendant. | Case No. 3:21-CV-01674-MO<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLETE FACT DISCOVERY AND FILE DISPOSITIVE MOTIONS** |

## LR 7-1 CERTIFICATION

Counsel for Defendant Omegle.com LLC ("Defendant") certifies that she conferred with Plaintiff's counsel, and that Plaintiff does not oppose this motion.

## MOTION

Defendant moves the Court to extend the deadlines to complete fact discovery and file dispositive motions as follows:

| **Deadline** | **Current Date** | **Proposed Date** |
|---|---|---|
| Complete Fact Discovery | October 30, 2023 | November 30, 2023 |
| Dispositive Motions Deadline | November 29, 2023 | December 29, 2023 |

The additional 30 days will allow parties to pursue mediation ahead of the close of fact discovery. The parties have worked together to effectively use the time provided under the current scheduling order, including Defendant's production of more than 37,000 documents. This is the second motion for extension of time filed in relation to these deadlines. The extension request is made in good faith and will not affect other deadlines in the case.

DATED this 25th day of September, 2023.

SNELL & WILMER L.L.P.

/s/ Lea K. Schneider
Clifford S. Davidson, OSB No. 125378
Lea K. Schneider, OSB No. 145154
Attorneys for Defendant Omegle.com LLC

\4895-3988-0321