Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
Lea K. Schneider, OSB No. 145154
lschneider@swlaw.com
SNELL & WILMER L.L.P.
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204
Telephone:  503.624.6800
Facsimile:   503.624.6888
Attorneys for Defendant Omegle.com LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| A.M., an individual,<br><br>   Plaintiff,<br><br>vs.<br><br>OMEGLE.COM LLC,<br><br>   Defendant. | Case No. 3:21-CV-01674-MO<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO:**          **CLERK OF COURT**

**AND TO:**   **ALL PARTIES OF RECORD**

   PLEASE TAKE NOTICE that Clifford S. Davidson and Lea K. Schneider of Snell & Wilmer LLP hereby withdraw as counsel for Defendant Omegle.com LLC.

DATED this 11th day of December, 2023.  SNELL & WILMER L.L.P.

                  */s/ Clifford S. Davidson*
                  Clifford S. Davidson, OSB No. 125378
                  Lea K. Schneider, OSB No. 145154
                  Attorneys for Defendant Omegle.com LLC

CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2023, I caused to be served a full and exact copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** on the following:

**Via CM/ECF:**

Barbara C. Long, barb@longlawpc.com
Carrie Goldberg, carrie@cagoldberglaw.com
Naomi E Leeds, naomi@cagoldberglaw.com
    Attorneys for Plaintiff

Rhett G. Fraser, rhett@hueglifraserlaw.com
Paul Lyons, p.lyons@phaionline.org
    Attorneys for Amicus Public Health Advocacy Institute

**Via First Class Mail:**

Omegle.com LLC
c/o Northwest Registered Agent LLC
2355 State Street, Suite 101
Salem, OR 97301

Dated: December 11, 2023

    s/ Clifford S. Davidson
Clifford S. Davidson, OSB No. 125378

\4865-1035-5350